UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING
ENGINEERS' LOCAL 324 PENSION
FUND, et al.,

    Plaintiffs,

v.

C. MUSSON CONSTRUCTION, INC., a
Michigan corporation and CHARLES
JULIAN MUSSON, individually,

    Defendants.

_____/

Case No. 18-cv-12479
Hon. Matthew F. Leitman

## DEFAULT JUDGMENT AGAINST DEFENDANTS
## C. MUSSON CONSTRUCTION, INC., AND CHARLES JULIAN MUSSON

Upon Default being entered by this Court against Defendants, C. Musson Construction, Inc., and Charles Julian Musson, and the Court being otherwise fully advised of the premises;

**IT IS HEREBY ORDERED** that:

A. Judgment is hereby entered against Defendants C. Musson Construction, Inc., and Charles Julian Musson in the amount of $5,096.29.

B**.** That Defendants C. Musson Construction, Inc., and Charles Julian Musson open the company's books and records within 14 days of entry of this Judgment in order for Plaintiffs to conduct a complete audit through the present to determine the amount due and owing Plaintiffs in unpaid contributions.

C. That the Court will amend its Judgment to include the amount determined due pursuant to the audit. Further, the Court shall amend the Judgment to include the mandates of 29 USC §1132(g)(2) on all amounts determined due plus actual attorney fees and costs, upon further submissions to this Honorable Court by Plaintiffs.

D. That the Defendants are enjoined from any further breach of the Collective Bargaining Agreement as same relates in any way to the payment of contributions to Plaintiff Fund.

E. That jurisdiction of this matter is retained pending compliance with the Court's orders.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 1, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764